FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARTURO AMADOR-~~SOLTERO~~ GOMEZ (1),<br>SANTOS ~~URIAS-URRIETA~~ (2),<br>VICTOR VILLALOBOS-CASTRO (3),<br>Defendants. | Criminal Case No. 08CR1574-L<br><u>INFORMATION</u><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II) -Attempted Bringing in Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about April 28, 2008, within the Southern District of California, defendants ARTURO AMADOR-SOLTERO, SANTOS URIAS-URRIETA and VICTOR VILLALOBOS-CASTRO, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Jorge Zepeda-Arias, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: May 15, 2008

KAREN P. HEWITT
United States Attorney

[signature]
CALEB E. MASON
Assistant U.S. Attorney

CEM:es:San Diego
5/6/08