AO 455 (Rev 5/85) Waiver of Indictment

FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

VICTOR VILLALOBOS-CASTRO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1574-L

I, VICTOR VILLALOBOS-CASTRO, the above-named defendant, who is accused of committing the following offenses:

Attempted Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on MAY 15, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Victor Villalobos C.
Defendant

[signature]
Defense Counsel

Before [signature]
Judicial Officer